# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**JEREMY LUZAR,**

          **Plaintiff,**

**vs.**         Case No.: 19-cv-1018

**ANDREW SAUL,**
**Commissioner of Social Security,**

          **Defendant.**

## NOTICE OF APPEAL

***Notice is hereby given*** that Jeremy Luzar, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated September 3, 2020 and the judgment dated September 3, 2020 by Federal District Judge James D. Peterson which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

This notice is timely filed under 20 CFR § 802.206 as a motion for reconsideration was filed in this case on September 14, 2020, suspending the time to file this notice of appeal.

Dated this 25th day of November, 2020.

**DUNCAN DISABILITY LAW, S.C.**
Attorneys for the Plaintiff

/s/ Dana W. Duncan

Dana W. Duncan
State Bar I.D. No.
01008917 555 Birch St
Nekoosa, WI 54457
(715) 423-4000