IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY JOSEPH LUZAR,

    Plaintiff,

v.                                        Case No.: 3:19-cv-01018

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

    Defendant.

---

## ORDER

This matter coming before the court on Defendant's unopposed motion, and the court being fully informed, it is hereby:

ORDERED that Defendant's motion for an indicative ruling on a motion for relief that is barred by a pending appeal pursuant to Federal Rule of Civil Procedure 62.1(a)(3) is GRANTED. The Court indicates that it is inclined to grant relief from its September 3, 2020, judgment should the court of appeals remand for that purpose.

Dated: June 21, 2020

_____
Honorable James D. Peterson
United States District Judge